## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

      vs.

ROCKY J. PATTERSON,

                    Defendant.

**8:22-CR-199**

**ORDER FOR DISMISSAL**

This matter is before the Court on the Government's Motion to Dismiss. Filing 59. Being duly advised in the premises, and pursuant to Federal Rule of Criminal Procedure 48(a), the Court grants the Motion. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Dismiss, Filing 59, is granted; and

2. The Indictment, Filing 21, is dismissed.

Dated this 22nd day of June, 2023.

BY THE COURT:

Brian C. Buescher
United States District Judge